# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00555-CR

**The State of Texas, Appellant**

**v.**

**Zachary Rainbow, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY
### NO. 077422, HONORABLE LINDA RODRIGUEZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The State's motion to withdraw its notice of appeal is granted. *See* Tex. R. App. P.

42.2(a). The appeal is dismissed.

_____

Jan P. Patterson, Justice

Before Justices B. A. Smith, Patterson and Puryear

Dismissed on State's Motion

Filed: December 23, 2005

Do Not Publish